(V. D. 7)

AMERICAN THERMO-WARE COMPANY *v.* UNITED STATES

Entry No. 797479, etc.

(Decided June 11, 1954)

*Walter Auster* for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *American Thermo-Ware Company* v. *United States*, 32 Cust. Ct. 433, Abstract 57940. The judgment entered therein stated: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402

(d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 197209–K/9697–52 | 797479 | 1 lot containing 200 pairs 6 x 15 binoculars with cases | |
| | | Binoculars_____ | 5. 35 |
| | | Carrying cases_____ | 0. 50 |
| | | 1 lot containing 150 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 13. 00 |
| | | Carrying cases_____ | 2. 50 |
| | 891984 | 1 lot containing 100 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 16. 00 |
| | | Carrying cases_____ | 2. 00 |
| | 740467 | 1 lot containing 100 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 12. 00 |
| | | Carrying cases_____ | 2. 00 |
| | | 1 lot containing 100 pairs 7 x 35 binoculars with cases | · |
| | | Binoculars_____ | 18. 50 |
| | | Carrying cases_____ | 3. 00 |
| 186906–K/1461–52 | 740551 | 1 lot containing 150 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 13. 65 |
| | | Carrying cases_____ | 2. 50 |
| | | 1 lot containing 100 pairs 7 x 50 binoculars, uncoated, with cases | |
| | | Binoculars_____ | 11. 95 |
| | | Carrying cases_____ | 2. 50 |
| 191580–K/5446–52 | 878185 | 1 lot containing 50 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 16. 00 |
| | | Carrying cases_____ | 2. 00 |
| | | 1 lot containing 50 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 20. 50 |
| | | Carrying cases_____ | 2. 50 |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| | | 1 lot containing 100 pairs 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 15. 00 |
| | | Carrying cases_____ | 3. 00 |
| | | 1 lot containing 100 pairs 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 18. 50 |
| | | Carrying cases_____ | 3. 00 |
| | 745213 | 1 lot containing 100 pairs 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 13. 00 |
| | | Carrying cases_____ | 3. 00 |
| | 701817 | 1 lot containing 100 pairs 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 18. 50 |
| | | Carrying cases_____ | 3. 00 |
| 193644–K/7193–52 | 772307 | 1 lot containing 50 pairs 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 13. 00 |
| | | Carrying cases_____ | 3. 00 |
| | 871335 | 1 lot containing 100 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 16. 35 |
| | | Carrying cases_____ | 2. 50 |
| 200116–K/11647–52 | 763193 | 1 lot containing 100 pairs 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 17. 00 |
| | | Carrying cases_____ | 2. 25 |
| | 760648 | 1 lot containing 100 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 14. 10 |
| | | Carrying cases_____ | 2. 00 |
| | 894570 | 1 lot containing 100 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 15. 00 |
| | | Carrying cases_____ | 2. 00 |
| 204452–K/15452–52 | 790401 | 1 lot containing 100 pairs 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 15. 50 |
| | | Carrying cases_____ | 2. 50 |
| | | | net packed |